UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:

Jessica Lynn Kilgo,                      Case No. 07-43762-WS
                                               Chapter 7
                                               Hon. Walter Shapero

         Debtor.
_____/

NOTICE OF UNCLAIMED DIVIDENDS

To the Clerk of the Court:

      The enclosed check in the amount of $1,569.01 represents the total sum of unclaimed dividends in this estate and is paid to the Court pursuant to 11 U.S.C. Section 347(a). The name and address of the Parties entitled to these unclaimed dividends is as follows:

| CLAIM NUMBER | CLAIMANT | AMOUNT |
|---|---|---|
| 8 | Zuheir Dababneh<br>12055 Nathaline<br>Redford, MI  48239 | $1,569.01 |
|  | **Total:** | **$1,569.01** |

DATED: <u>September 21, 2011</u>

                                          /s/ Mark H. Shapiro, Trustee (P43134)
                                          25925 Telegraph Road
                                          Suite 203
                                          Southfield, MI  48033
                                          (248) 352-4700
                                          shapiro@steinbergshapiro.com